UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00474

**Tracy E. Lilly,**
*Plaintiff,*

v.

**Dr. Loren Ost,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On March 13, 2020, Judge Mitchell issued a report and recommendation that plaintiff's motion for relief from judgment be denied. Doc. 15. The court delivered a copy of the report to the plaintiff by certified mail. It was received by plaintiff on March 19, 2020. Doc. 16. No objections have been filed. When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). Here, there is no clear error.

Therefore, the magistrate judge's report and recommendation (Doc. 15) is **adopted**. The motion for relief from judgment (Doc. 11) is **denied**. Plaintiff's motion to proceed in forma pauperis (Doc. 13) is **denied as moot**.

*So ordered by the court on April 3, 2020.*

J. CAMPBELL BARKER
United States District Judge